IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20cv-03471-RM-SKC

KENYATTA BLAKE,

    Plaintiff,

v.

APPLE VALLEY EAST CONDOMINIUM ASSOCIATION, INC., and
MOELLER GRAF, PC,

    Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE
---

Former Plaintiff Dana Morris-Blake and current Plaintiff Kenyatta Blake (collectively, "Plaintiffs") filed this action on November 23, 2020. (ECF No. 1.) As Plaintiffs appear *pro se*, the Court construes their filings liberally. Nonetheless, Plaintiffs are required to follow the same rules of civil procedure as other litigants. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005). The Court's liberal review of Plaintiffs' filings show they have abandoned this action, to pursue a second filed action.

After filing this action, Plaintiffs filed for a motion for preliminary injunctive relief but failed to serve or properly serve Defendants. Instead, Plaintiffs filed this action again in this District, Civil Action No. 21-cv-00105-DDD-NRN (the "Second Action"). In addition, Ms. Morris-Blake moved to voluntarily dismiss her claims; she has been dismissed from this action. (ECF Nos. 13, 14.) The Court advised Plaintiffs that if Mr. Blake wished to dismiss his claims as

well, he needed to do so himself; Ms. Morris-Blake could not sign a voluntary dismissal or request a dismissal on Mr. Blake's behalf.

Mr. Blake, however, had not done so. This was apparently because Mr. Blake had died. In March 2021, Ms. Morris-Blake filed a notice of Mr. Blake's death in the Second Action but not in this action. Nonetheless, the Court took judicial notice of the filings in the Second Action. Thus, the Court notified Plaintiffs that, pursuant to Fed. R. Civ. P. 25(a), if Mr. Blake's claim survived his death, a motion for substitution of party must be made within 90 days of the service of the notice of death or the action against the decedent (here, Mr. Blake) must be dismissed. The Court also issued an Order to Show Cause as to why Mr. Blake's claims should not be dismissed without prejudice for failure to timely and properly serve Defendants and for failure to prosecute. The Court also provided notice, again, of the free assistance available from the Federal Pro Se Clinic.

Mr. Blake's deadline to respond was May 4, 2021. He did not respond. Instead, on April 30, 2021, Ms. Morris-Blake filed a "Motion to Dismiss Kenyatta Blake as Plaintiff" which (1) requests the Court to dismiss Mr. Blake as he is deceased and (2) states that she – Ms. Morris-Blake – will proceed with this case. The request cannot be granted because Ms. Morris-Blake is not an attorney and cannot represent Mr. Blake. In addition, Ms. Morris-Blake has already dismissed her claims and, therefore, cannot proceed with this case.

Based on the foregoing, it is **ORDERED**

(1) That the Order to Show Cause (ECF No. 16) is MADE ABSOLUTE;

(2) That the Revised Motion for Preliminary Injunctive Relief (ECF No. 11) is DENIED WITHOUT PREJUDICE;

(3) That the Motion to Dismiss Kenyatta Blake as Plaintiff (ECF No. 17) is DENIED;

(4) That, pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1, Plaintiff Kenyatta Blake's claims, and this entire action, are DISMISSED WITHOUT PREJUDICE;

(5) That the Clerk shall enter JUDGMENT in favor of Defendants and against Plaintiff Kenyatta Blake; and

(6) That the Clerk shall close this case.

DATED this 5th day of May, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge